FILED

AO91 (Rev. 12/03)  Criminal Complaint                                    AUSA

MAR 1 0 2025

# UNITED STATES DISTRICT COURT

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
DEPUTY CLERK

Western District Of Texas Del Rio Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | |
| Jeferson Enrique VARGAS Guerrero | Case Number: DR: 25-668M-01 |

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief. On or about ___December 20, 2023___ in ___Maverick___ County, in

the ___Western District Of Texas___ defendant(s),

an alien, knowingly and willfully entered the United States at a time and place other than as designated by Immigration Officers, in violation of Title 8, United States Code, Section 1325(a), a misdemeanor,

in violation of Title ___8___ United States Code, Section(s) ___1325___

I further state that I am a(n) ___Homeland Security Investigations Special Agent___ and that this complaint is based on the

following facts:
On or about December 20, 2023, the defendant, Jeferson Enrique VARGAS Guerrero, an alien who is a native and citizen of Venezuela, entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers near Eagle Pass, Texas.

A true copy of the original, I certify.
Clerk, U.S. District Court

Continued on the attached sheet and made a part of this complaint:    ☐ Yes    ☒ No
By: _____
                                                                                            Deputy

_____
Signature of Complainant

Jesus M. Flores
Printed Name of Complainant

Sworn to before me and signed in my presence,

___March 10, 2025___                at    ___Del Rio, Texas___
Date                                                              City/State

Matthew Watters                    U.S. Magistrate Judge                    _____
Name of Judge                         Title of Judge                                   Signature of Judge

FILED

AO-442(REV.12/85)

# United States District Court

MAR 1 0 2025

Western District Of Texas

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA

V.

Jefferson Enrique VARGAS Guerrero
AKA

**WARRANT FOR ARREST**

COPY

CASE NUMBER: DR:25-668m-01

**To: The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest <u>Jeferson Enrique VARGAS Guerrero</u>
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation

charging him or her with (brief description)

On or about December 20, 2023, the defendant, Jeferson Enrique VARGAS Guerrero, an alien who is a native and
citizen of Venezuela, entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River
at a time and place other than as designated by Immigration Officers near Eagle Pass, Texas.

RECEIVED

MAR 1 0 2025

U.S.MARSHALS W/TX DEL RIO

A true copy of the original, I certify.
Clerk, U.S. District Court

in violation of Title ___8___ United States Code, Section(s) ___1325___

By: _____
Deputy

| | |
|---|---|
| Matthew Watters | U.S. Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer | March 10, 2025    Del Rio, TX |
| | Date and Location |

Bail fixed at $ ___Detained___ by ___Matthew H. Watters___

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |